UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERIC J. ELDRED, JR., RICHARD BORDEN,
MATTHEW CAEZZA, BRIAN FRANK, and
MARK MACLAURY on behalf of themselves
and those similarly situated,

        Plaintiffs,

 -against-

COMFORCE CORP., et al.,

        Defendants.

Case No. 08-CV-01171
(LEK) (DEP)

**NOTICE OF MOTION OF CORPORATE COMFORCE DEFENDANTS TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE, that upon the attached declaration of Lucia Bauknight, dated March 2, 2009 and exhibits annexed thereto, and the accompanying Memorandum of Law, defendants Comforce Corp., and its subsidiary companies Comforce Telecom, Inc., Comforce Information Technologies, Inc., Comforce Technical Services, Inc., Comforce Technical, LLC, Comforce Operating, Inc., Sumtec Corp., and Prestige-Comforce Professional Services (the "Corporate Comforce Defendants" ), will move this Court before the Hon. Lawrence E. Kahn at the United States District Court, at 100 South Clinton Street, Syracuse, New York, on April 3, 2009, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the above-titled action.  There Corporate Comforce Defendants hereby also move for such other and further relief as may be just, proper, and equitable.

  PLEASE TAKE FURTHER NOTICE that this Motion is based upon these papers; Plaintiffs' Second Amended Complaint, dated January 30, 2009; the annexed declaration of Lucia Bauknight; the exhibits attached thereto; the accompanying Memorandum of Law in

support of this Motion; the pleadings and papers on file herein; and such other and further argument and evidence as the Court deems necessary for the adjudication of this Motion.

Dated: March 2, 2009
Uniondale, New York

Respectfully submitted,

_____/s/_____
James M. Wicks
Bar No. 515397
Domenique C. Moran
Bar No. 302627
Lucia Bauknight
Bar No. 515396
*Attorneys for Defendants
COMFORCE CORP., and its
subsidiary companies Comforce
Telecom, Inc., Comforce
Information Technologies, Inc.,
Comforce Technical Services, Inc.
Comforce Technical, LLC,
Comforce Operating, Inc.,
Sumtec Corp., and
Prestige-Comforce
Professional Services*
1320 RexCorp Plaza
Uniondale, New York 11556
(516) 227-0700

TO:
Richard E. Fish
Bar Roll. No. 106619
Duncan Fish & Vogel
317 Middle Country Road,
Smithtown, New York 11787
(631) 979-8001
*Attorney for Individual Comforce Defendants*


Catherine Creighton
Bar Roll No. 302234
Creighton, Pearce Law Firm
560 Ellicott Square Building
295 Main Street

Buffalo, New York 14203
(716) 854-0007

David Van Os
Bar Roll No. _____
Matthew Holder
Bar Roll No. _____
David Van Os & Associates, P.C.
The Milam Bulding
115 E. Travis, Ste. 618
San Antonio, Texas 78205
(210) 299-1800
*Attorneys for Union Defendants*


Frank S. Gattuso
Bar Roll No. 513636
O'Hara, O'Connell Law Firm
7207 East Genesee Street
Fayetteville, New York 13066
(315) 451-3810
*Attorney for Plaintiffs*

Interwoven\1015078.1